Docket & File

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ANTHONY KEITH VALENTINE,

              Plaintiff,

- against -

WARDEN CAMERON LINDSAY; SAFETY
DIRECTOR MR. BUTLER; HEALTH SERVICE
ADMINISTRATOR MR. R. CAMPOS;
ASSISTANT HEALTH SERVICE
ADMINISTRATOR MR. M. ITTAYEM; P.A.
MS. MITCHELL; UNIT TEAM MANAGER MR.
B. BEARD; COUNSELOR RAYMOND
KAUFMAN; COUNSELOR MS. J. ANDERSON,
LT. PARBONE; LT. G. GUIMAND; OFFICER J.
FLORES,

              Defendants.
------------------------------------------------------------X

**ORDER**
10-CV-868 (JG) (JMA)
PRO SE

**AZRACK, United States Magistrate Judge:**

Plaintiff's application to proceed *in forma pauperis* under 28 U.S.C. § 1915 is hereby granted. The United States Marshals Service is directed to serve the summons and complaint upon the defendants without prepayment of fees.

SO ORDERED.

Dated: March 31, 2010
       Brooklyn, New York

/S/
JOAN M. AZRACK
United States Magistrate Judge